UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEFFREY A. STROOP, | ) |
| Plaintiff, | ) |
| | ) No. 3:10-0501 |
| v. | ) |
| | ) JUDGE ECHOLS |
| TEKCOLLECT, INC., | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Jeffrey A. Stroop and Defendant TekCollect, Inc., stipulate to the dismissal with prejudice of all claims asserted by Plaintiff against Defendant in this action. The parties further stipulate that each party shall bear its own respective discretionary costs.

STIPULATED AND AGREED this 30 day of July 2010.

Respectfully submitted,

_____
John C. Hayworth
Jason W. Callen
WALKER, TIPPS & MALONE PLC
2300 One Nashville Place
150 Fourth Avenue North
Nashville, Tennessee 37219
(615) 313-6000

_____
Jeffrey A. Stroop
628 N. Walnut Street, Suite C
Murfreesboro, TN 37130

1